DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL PAUL MIRUCKI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1234

[February 26, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William Loy Roby, Judge; L.T. Case Nos. 432017CF001315A; 432018CF000399A.

Michael Paul Mirucki, South Bay, pro se.

James Uthmeier, Attorney General, Tallahassee, and Luke Robert Napodano, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LOTT, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***